## United States Bankruptcy Court
## Northern District of Ohio

| | | |
|---|---|---|
| **Melissa A Marflak** | } | Chapter 13 |
| | } | Case #: 07-18755 |
| Debtors, | } | Judge Harris |
| | } | |
| | } | **MOTION TO REINSTATE** |
| | } | **SECTION 362 AUTOMATIC STAY** |
| | } | **WITH RESPECT TO DEUTSCHE** |
| | } | **BANK NATIONAL TRUST COMPANY** |

The Debtor, Ms. Marflak, by and through counsel, Alexander V. Sarady respectfully move this court to reinstate the automatic stay which was terminated by an Affidavit of Default and the subsequent Order Granting the creditor's Motion for Relief From Stay. The Affidavit of Default filed by Deutsche Bank National Trust Company alleged that the Debtor was not current with her post petition payments. Debtor will have the funds necessary to cure the default at the time of the hearing.

WHEREFORE, Debtor prays that this motion to reinstate the automatic stay be granted and that section 362 automatic stay be imposed on Deutsche Bank National Trust Co..

Respectfully Submitted,

/s/Alexander V. Sarady
Alexander V. Sarady (0075500)
614 W. Superior Ave.
Suite 950
Cleveland, Ohio 44113
(216) 263-6200

## CERTIFICATE OF SERVICE:

A copy of this **Motion to Reinstate Section 362 Automatic Stay** was mailed by regular United States mail postage prepaid on 9th day of June, 2008 to the following:

**Debtor:**
Ms. Marflak
7333 Parma Park Blvd.
Parma, OH 44130

**Debtor's Attorney:**
Alexander V. Sarady
614 W. Superior St, Suite 950
Cleveland, Ohio 44113

**Creditor's Attorney:**
Stacey O'Stafy
MANLEY, DEAS & KOCHALSKI
495 S. High St., STE 300
Columbus, Ohio 43215-5869

**Chapter 13 Trustee:**
Craig Shopneck
BP Building, 200 Public Sq.
Suite 3860
Cleveland, Ohio 44114-2321

/s/Alexander V. Sarady
Alexander V. Sarady (0075500)
RAUSER & ASSOCIATES
614 W. Superior Ave., Suite 950
Cleveland, Ohio 44113
(216) 263-6200