**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 20, 2008, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: August 20, 2008**

_____
**Arthur I. Harris
United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 PROCEEDING |
| | } | Case #: 07-18755 |
| Melissa Marflak | } | Judge Harris |
| | } | |
| | } | |
| | } | |
| Debtor, | } | **ORDER GRANTING DEBTORS' MOTION** |
| | } | **TO REINSTATE SECTION 362** |
| | } | **AUTOMATIC STAY WITH RESPECT** |
| | } | **TO DEUTSCHE BANK NATIONAL** |
| | } | **TRUST COMPANY** |

*************************************************************************

This cause came on to be considered this day upon the debtor's Motion to Reinstate Section 362 Automatic Stay with respect to Deutsche Bank National Trust Company heard on July 17, 2008.

The Court finds that the Debtor have alleged that good cause exists for granting the Motion; Debtor, the Trustee, and all other necessary parties were served with the Motion and Notice of hearing date; no objections were filed, and it appears appropriate to grant the motion.

**IT IS SO ORDERED.**

###

Respectfully Submitted,

/s/Alexander Sarady  
Alexander Sarady (0075500)  
RAUSER & ASSOCIATES  
614 W. Superior Ave.  
Suite 950  
Cleveland, Ohio 44113  
(216) 263-6200  

## CERTIFICATE OF SERVICE

**Debtor:**

Ms. Melissa Marflak  
7333 Parma Park Blvd.  
Parma, Ohio 44130  

**Debtor's Attorney:**

Alexander Sarady  
614 W. Superior St, Suite 950  
Cleveland, Ohio 44113  

**Creditor's Attorney:**

Stacey O'Stafy  
MANLEY, DEAS & KOCHALSKI  
495 S. High St., STE 300  
Columbus, Ohio 43215-5869  

**Chapter 13 Trustee:**

Craig Shopneck  
200 Public Sq., 3860  
Cleveland, Ohio 44114-2321